UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00171-MOC

| | |
|---|---|
| **ANTONIUS O'KEEFE OWENS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the court on the respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance. Having considered the respondent's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance (#6) is GRANTED, and this matter is HELD in abeyance pending issuance of a decision in <u>United States v. Ali</u>, No. 15-4433. After issuance of such decision, the respondent shall have 60 days to Answer or otherwise respond.

Signed: September 21, 2016



Max O. Cogburn Jr
United States District Judge

-1-