UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-171-MOC
3:10-cr-88-MOC-2

| ANTONIUS O'KEEFE OWENS, | ) |
|---|---|
| Petitioner, | ) |
| vs. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on Petitioner's *pro se* "Request for Permission to Supplemental Ground Two to § 2255 Motion to Vacate Sentence Pursuant to Fed. R. Civ. P. Rule 15(c)," (Doc. No. 8), and Letter, (Doc. No. 9), that was docketed as a Motion to Lift Stay.[1]

Petitioner is represented by counsel in this action that was brought pursuant to 28 U.S.C. § 2255, to challenge his criminal sentence. There is no right to "hybrid representation" in which defendant is represented both by himself and by counsel. McKaskle v. Wiggins, 465 U.S. 168, 183 (1984); see Cain v. Peters, 972 F.2d 748, 750 (7th Cir.1992) (representation by counsel and self-representation are mutually exclusive entitlements in light of McKaskle ). Counsel has not adopted Petitioner's *pro se* filings. Therefore they will be stricken as an unauthorized *pro se* filings.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner's *pro se* "Request for Permission to Supplemental Ground Two to § 2255 Motion to Vacate Sentence Pursuant to Fed. R. Civ. P. Rule 15(c)," (Doc. No. 8), and Letter, (Doc. No. 9), that was docketed as a Motion to Lift Stay are **STRICKEN**.

---

[1] This § 2255 case is stayed pursuant to United States v. Ali, 15-4433, (Doc. No. 7), which has itself been stayed pursuant to United States v. Jordan, 17-4751.

Signed: October 21, 2019

Max O. Cogburn Jr
United States District Judge